Certiorari dismissed, October 1, 2012

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6111**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HOWELL W. WOLTZ,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  W. Earl Britt, Senior District Judge.  (3:06-cr-00074-WEB-1)

Submitted:  May 31, 2012                    Decided:  June 6, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howell W. Woltz, Appellant Pro Se.  Matthew Theodore Martens, UNITED STATES SECURITIES & EXCHANGE COMMISSION, Washington, D.C., Kurt William Meyers, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell W. Woltz appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, although we grant Woltz leave to proceed on appeal in forma pauperis, we affirm for the reasons stated by the district court. See United States v. Woltz, No. 3:06-cr-00074-WEB-1 (W.D.N.C. Jan. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED